# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 02, 2025

TO COUNSEL LISTED BELOW:

    No. 25-10182    State of Texas v. Pfizer

Dear Counsel:

Due to a scheduling conflict this case will not be scheduled during the week of 12/01/2025, as previously advised.

It will be scheduled during the week of **02/02/2026**. Please mark your calendar accordingly.

    Very truly yours,

    LYLE W. CAYCE, Clerk

    By: _____
    Charles B. Whitney
    Calendar Clerk
    504-310-7679

Ms. Lianna Bash
Mr. Jeffrey S. Bucholtz
Mr. Noel John Francisco
Mr. Andrew J. Hoffman II
Mr. Scott A. Keller
Mr. Rajeev Muttreja
Mr. Mark Montgomery Rothrock
Ms. Meagan Dyer Self
Mrs. Abigail Eden Smith
Mr. Carlton E. Wessel