# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

January 23, 2026

Ms. Lianna Bash
DLA Piper, L.L.P. (US)
701 5th Avenue
Suite 6900
Seattle, WA 98104-7029

Mr. Andrew J. Hoffman II
DLA Piper, L.L.P. (US)
2000 Avenue of the Stars
Suite 400
Los Angeles, CA 90067

Mr. Scott A. Keller
Lehotsky Keller Cohn, L.L.P.
7500 Rialto Boulevard
Suite 1-250
Austin, TX 78735

Mr. Matthew Thomas Kennedy
Office of the Attorney General of Texas
300 W. 15th Street
9th Floor
Austin, TX 78701

Mr. Mark Montgomery Rothrock
Lehotsky Keller Cohn, L.L.P.
8513 Caldbeck Drive
Raleigh, NC 27615

Ms. Meagan Dyer Self
DLA Piper, L.L.P. (US)
1900 N. Pearl Street
Suite 2200
Dallas, TX 75201-4629

Mrs. Abigail Eden Smith
Office of the Attorney General
Consumer Protection Division
12221 Merit Drive
Suite 650
Dallas, TX 75251

Mr. Carlton E. Wessel
DLA Piper, L.L.P. (US)
500 8th Street, N.W.
Washington, DC 20004

No. 25-10182    State of Texas v. Pfizer
                USDC No. 5:23-CV-312

Dear Counsel:

Please be advised that the court has requested supplemental letter briefs to be filed in the above case discussing the following issue:

The effect on this case of the analysis of jurisdiction in *Kansas v. Pfizer, Inc.,* 24-1128 DDC BGS, 2025 WL 1394240 (D. Kan. May 14, 2025). Briefs are limited to 10 pages.

The letter briefs must be electronically filed by 12:00 p.m. on Thursday, January 29, 2026, by 12:00 p.m.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
    Mr. Jeffrey S. Bucholtz
    Mr. Noel John Francisco
    Mr. Rajeev Muttreja