# United States Court of Appeals
## for the Fifth Circuit

No. 25-10182

United States Court of Appeals
Fifth Circuit
**FILED**
January 28, 2026
Lyle W. Cayce
Clerk

STATE OF TEXAS,

*Plaintiff—Appellant,*

versus

PFIZER, INCORPORATED,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 5:23-CV-312

_____

ORDER:

IT IS ORDERED that the joint motion to postpone oral argument and hold appeal in abeyance pending Supreme Court's resolution of *Chevron U.S.A. Inc. v. Plaquemines Parish*, U.S. No. 24-813 is GRANTED.

LYLE W. CAYCE, CLERK
United States Court of Appeals
for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT