# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 28, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 25-10182    State of Texas v. Pfizer
                  USDC No. 5:23-CV-312

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                  By: _____
                  Jasmine J. Forman, Deputy Clerk

Ms. Lianna Bash
Mr. Jeffrey S. Bucholtz
Mr. Noel John Francisco
Mr. Andrew J. Hoffman II
Mr. Scott A. Keller
Mr. Matthew Thomas Kennedy
Ms. Karen S. Mitchell
Mr. Rajeev Muttreja
Mr. Mark Montgomery Rothrock
Ms. Meagan Dyer Self
Mrs. Abigail Eden Smith
Mr. Carlton E. Wessel